AO 442 (Rev. 01/09) Arrest Warrant

RCVD 15-NOV 2019

# UNITED STATES DISTRICT COURT
для the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19-mj-00217-CL |
| Timothy Shaw Lair | ) | ~~4:19-mc-952~~ |
| | ) | |
| | ) | ORIGINAL |
| Defendant | ) | |

FILED 19 NOV 21 11:42 USDC-ORM

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Timothy Shaw Lair                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Receipt and possession of child pornography in violation of 18 USC Sections 2252A(a)(2) and 2252A(a)(5)(B)

Date: 11/14/19

_____
*Issuing officer's signature*

City and state: _____

_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/15/19, and the person was arrested on *(date)* 11/14/19
at *(city and state)* Gold Beach, OR

Date: 11/14/19

_____
*Arresting officer's signature* (illegible for FBI)

Rodney Lowe   DUSM
*Printed name and title*